Vinson v. USA

Doc. 8

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

CIVIL NO.  2:07CV10
(2:06CR18)

| | |
|---|---|
| JACK VINSON,                    ) | |
| Petitioner,         ) | |
| Vs.                                  ) | **O R D E R** |
| UNITED STATES OF AMERICA,  ) | |
| Respondent.       ) | |

**THIS MATTER** is before the Court on the Petitioner's application for a certificate of appealability.

An appeal may not be taken to the court of appeals from the denial of a motion pursuant to 28 U.S.C. § 2255 unless a circuit justice or judge issues a certificate of appealability.  **28 U.S.C. § 2253(c)(1)(B).**

**IT IS, THEREFORE, ORDERED** that the Petitioner's application for a certificate of appealability is hereby **DENIED**.

2

Signed: June 18, 2007

Lacy H. Thornburg
United States District Judge